RECEIVED

APR 14 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

2-15-129-CV

CAUSE NO. 2015-001589-1

FILED
TARRANT COUNTY CLERK

2015 APR 14 PM 1: 57

MARY LOUISE GARCIA
COUNTY CLERK

| LEE LEIGHTON HOMES, LLC | § | IN THE COUNTY COURT |
| | § | |
| Plaintiffs, | § | AT LAW NUMBER 1 |
| | § | |
| V. | § | |
| | § | |
| TONY V. SCOTT AND KELVIN MORRIS | § | TARRANT COUNTY, TEXAS |
| AND ALL OTHER OCCUPANTS OF 3713 | § | |
| BANDERA RANCH ROAD, FORT | § | |
| WORTH, TEXAS 76262 | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Kelvin Morris, who is self represented, and files this Notice of

Appeal from the judgment which was signed and entered in this proceeding on April 9, 2015.

Defendant, Kelvin Morris, appeals to the 5th Court of Appeals at Fort Worth, Texas

Respectfully Submitted

Kelvin Morris
3713 Bandera Ranch Road
Fort Worth, Texas 76262
(817) 271-3705
KMorris009@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was forwarded by U.S. First Class Mail, to the parties below on the 13th day of April 2015.

Lee Leighton Homes, LLC
c/o Julie Pettit Rice
3710 Rowlins  Suite 1050
Dallas, Texas 75219


Kelvin Morris
3713 Bandera Ranch Road
Fort Worth, Texas 76262
(817) 271-3705
KMorris009@yahoo.com



RECEIVED

APR 1 4 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK



# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED Lee Leighton Homes LLC V. Tony V. Scott and Kelvin Morrison and all occupants
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:**<br><br>Kelvin Morris | **Email:**<br><br>KMorris009@yahoo.com | **Plaintiff(s)/Petitioner(s):**<br><br>Lee Leighton Homes, LLC | ☐Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| **Address:**<br><br>3713 Bandera Ranch Road | **Telephone:**<br><br>817-271-3705 | _____ | **Additional Parties in Child Support Case:** |
| **City/State/Zip:**<br><br>Roanoak, Texas 76262 | **Fax:** | **Defendant(s)/Respondent(s):**<br><br>Kelvin Morriso | **Custodial Parent:**<br><br>_____<br><br>**Non-Custodial Parent:** |
| **Signature:** | **State Bar No:**<br><br>ProSe | _____<br><br>_____<br><br>[Attach additional page as necessary to list all parties] | **Presumed Father:** |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>_____<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>_____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>  Liability:<br>_____<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>  List Product:<br>_____<br><br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☒Other Property:<br>  Eviction Appeal<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br><br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other:<br>_____ | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child:<br>_____ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>_____ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☒Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13